DAVID L. JAFFE
Chief, Organized Crime and Gang Section
United States Department of Justice
KELLY PEARSON
Deputy Chief, Organized Crime and Gang Section
CHAD W. MCHENRY
ALEXANDER GOTTFRIED
Trial Attorneys, Organized Crime and Gang Section
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Kelly.Pearson@usdoj.gov
Chad.W.McHenry@usdoj.gov
Alexander.Gottfried@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | Case No. 2:17-cr-306-JCM-VCF |
| Plaintiff, | |
| v. | **Government's Motion for Leave to Appear Telephonically at September 26, 2019 Status Hearing (ECF No. 601)** |
| **Anthony Okeakpu, et al.,** | |
| Defendants. | |

The United States of America, by and through DAVID L. JAFFE, Chief, Organized Crime and Gang Section, United States Department of Justice, and CHAD W. MCHENRY, Trial Attorney, respectfully requests that this Court permit government counsel to appear telephonically at the status hearing in the above-captioned matter currently scheduled for 10:00 a.m. on September 26, 2019.

In support of this request, the government proffers as follows:

1. On September 18, 2019, this Court entered an Order setting a status conference with regards to Mr. Okeakpu for 10:00 a.m. on September 26, 2019. ECF No. 601. The Order requires both counsel for Mr. Okeakpu to appear in person, presumably to inquire as to the current status of his representation, given that two attorneys from apparently separate practices have now been appointed and/or entered a notice of retained appearance on his case. ECF Nos. 560, 596.

2. The government is presently represented by three Trial Attorneys from the Organized Crime and Gang Section of the Criminal Division of the U.S. Department of Justice. Currently, all three government counsel are deep in trial preparation for separate multi-week trials, all of which are in different districts, and all of which are expected to commence in early- to mid-October, 2019.

3. Given that attending this status hearing in person would require a three- to four-hour flight each way for any of the government's counsel, and given the current time requirements imposed on them by trial preparation, the government is respectfully requesting that counsel be permitted to attend telephonically.

**DATED** this 19th day of September, 2019.

Respectfully submitted,

DAVID L. JAFFE
Chief, Organized Crime and Gang Section
United States Department of Justice

*/ s / Chad McHenry*

---

CHAD W. MCHENRY
Trial Attorney

**ORDER**

Having considered the Government's proffer, and good cause appearing:

IT IS HEREBY ORDERED that counsel for the government shall be permitted to attend the status hearing ordered by ECF No. 601, presently scheduled for 10:00 a.m. on September 26, 2019, telephonically.

_____
Hon. Cam Ferenbach
United States Magistrate Judge
District of Nevada

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Organized Crime and Gang Section, United States Department of Justice. A copy of the foregoing **GOVERNMENT'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT SEPTEMBER 26, 2019 STATUS HEARING (ECF NO. 601)** was served upon counsel of record via Electronic Case Filing (ECF).

**DATED** this 19th day of September, 2019.

*/ s / Chad McHenry*
_____
CHAD W. MCHENRY
Trial Attorney