```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

        JUN 26 2020

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00306-JCM-VCF |
|---|---|
| Plaintiff, | |
| v. | **WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |
| SERGEY MEDVEDEV, | |
| Defendant. | |

I understand that I have a right to appear in person in court at the Change of Plea proceeding in this case scheduled for June 26, 2020. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

/s/ Sergey Medvedev  6/16/2020
_____
Defendant's Signature           (date)

_____ 6/16/2020                    [signature]
_____          _____
Signature of Defendant's Attorney  (date)  Judge's Signature           (date)

Lance Maningo                              James C. Mahan, USDJ
_____          _____
Printed Name of Defendant's Attorney       Judge's Printed Name and Title