1  Lance A. Maningo
   MANINGO LAW
2  Nevada Bar No. 6405
   400 South 4th Street, Suite 650
3  Las Vegas, Nevada 89101
4  702.626.4646
   lance@maningolaw.com
5  Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| THE STATE OF NEVADA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:17-cr-00306-JCM-VCF |
| vs. ) | |
| ) | |
| SERGEY MEDVEDEV, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**<u>MOTION TO REMOVE ATTORNEY FROM CM/ECF E-NOTICE LIST</u>**

COMES NOW the defendant, SERGEY MEDVEDEV, by and through his counsel of record, LANCE MANINGO, ESQ. and moves this Honorable Court to allow counsel to be removed from CM/ECF E-Notice list.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

       4-5-2021
Dated:_____

1

Defendant was sentenced on March 19, 2021, and the Judgment was filed on March 24, 2021 [ECF 812]. For this reason, counsel no longer needs to be notified of this matter and is requesting to be removed from CM/ECF E-Notice list.

DATED this 2nd day of April, 2021.

**MANINGO LAW**

By:   */s/ Lance Maningo*
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 601
Las Vegas, Nevada 89101
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Maningo Law and that on the 2nd day of April, 2021, I served a copy of the foregoing MOTION TO REMOVE ATTORNEY FROM CM/ECF E-NOTICE LIST via CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

*/s/ Elyse Grossman*
Employee of Maningo Law