1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar No. 14853
   DANIEL D. HOLLINGSWORTH
3  Assistant United States Attorney
   Nevada Bar No. 1925
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   Daniel.Hollingsworth@usdoj.gov
6  Attorneys for the United States

7

8

9
               **UNITED STATES DISTRICT COURT**
10                   **DISTRICT OF NEVADA**

11 | United States of America,                    | 2:17-CR-306-JCM-VCF

12 |         Plaintiff,                           | **Notice of Withdrawal as Attorney**

13 |     v.

14 | [1] Svyatoslav Bondarenko,
   | a.k.a. "Obnon", a.k.a. "Rector",
15 | a.k.a. "Helkern",

16 | [2] Sergey Medvedev, a.k.a. "Stells",
   | a.k.a. "segmed", a.k.a. "serjbear",
17

   | [3] Amjad Ali,
18 | a.k.a. "Amjad Ali Chaudary",
   | a.k.a. "RedruMZ",
19 | a.k.a. "Amjad Chaudary",

20 | [4] Roland Patrick N'Djimbi Tchikaya,
   | a.k.a. "Darker", a.k.a. "dark3r.cvv",
21

   | [5] Arnaldo Sanchez Torteya,
22 | a.k.a. "Elroncoluna",

23 | [6] Miroslav Kovacevic,
   | a.k.a. "Goldjunge",
24

   | [7] Frederick Thomas, a.k.a. "Mosto",
25 | a.k.a. "1stunna", a.k.a. "Bestssn",

26 | [8] Osama Abdelhamed,
   | a.k.a. "MrShrnofr", a.k.a. "DrOsama",
27 | a.k.a. "DrOsama1",

28

[9] Besart Hoxha, a.k.a. "Pizza",

[10] Raihan Ahmed, a.k.a. "Chan",
a.k.a. "Cyber Hacker", a.k.a. "Mae Tony",
a.k.a. "Tony",

[11] Andrey Sergeevich Novak,
a.k.a. "Unicc", a.k.a. "Faaxxx",
a.k.a. "Faxtrod",

[12] Valerian Chiochiu, a.k.a. "Onassis",
a.k.a. "Flagler", a.k.a. "Socrate",
a.k.a. "Eclessiastes",

[13] John Doe #8, a.k.a. "Aimless88",

[14] Gennaro Fioretti,
a.k.a. "DannyLogort",
a.k.a. "Genny Fioretti",

[15] Edgar Rojas,
a.k.a. "Edgar Andres Viloria Rojas",
a.k.a. "Guapo", a.k.a. "Guapo1988",
a.k.a. "Onlyshop",

[16] John Telusma,
a.k.a. "John Westley Telusma",
a.k.a. "Peterelliot", a.k.a. "Pete",
a.k.a. "Pette",

[17] Rami Fawaz,
a.k.a. "Rami Imad Fawaz",
a.k.a. "Validshop", a.k.a. "Th3d",
a.k.a. "Zatcher", a.k.a. "Darkeyes",

[18] Muhammad Shiraz,
a.k.a. "Moviestar", a.k.a. "Leslie",

[19] Jose Gamboa,
a.k.a. "Jose Gamboa-Soto",
a.k.a. "Rafael Garcia", a.k.a. "Rafael101",
a.k.a. "Memberplex2006",
a.k.a. "Knowledge",

[20] Alexey Klimenko,
a.k.a. "Grandhost",

[21] Edward Lavoile,
a.k.a. "Eddie Lavoie", a.k.a. "Skizo",
a.k.a. "Eddy Lavoile",

[22] Anthony Nnamdi Okeakpu,
a.k.a. "Aslike1", a.k.a. "Aslike",
a.k.a. "Moneymafia", a.k.a. "Shilonng",

[23] Pius Sushil Wilson, a.k.a. "FDIC", a.k.a. "TheRealGuru", a.k.a. "TheRealGuruNYC", a.k.a. "RealGuru", a.k.a. "Po1son", a.k.a. "1nfection", a.k.a. "1nfected",

[24] Muhammad Khan, a.k.a. "CoolJ2", a.k.a. "CoolJ", a.k.a. "Secureroot", a.k.a. "Secureroot1", a.k.a. "Secureroot2", a.k.a. "Mohammed Khan",

[25] John Doe #7, a.k.a. "Muad'Dib",

[26] John Doe #1, a.k.a. "Carlitos", a.k.a. "TonyMontana",

[27] David Jonathan Vargas, a.k.a. "Cashmoneyinc", a.k.a. "Avb", a.k.a. "Poony", a.k.a. "Renegade11", a.k.a. "DvdSVrgs",

[28] John Doe #2,

[29] Marko Leopard, a.k.a. "Leopardmk",

[30] Taimoor Zaman, a.k.a. "Zaman Taimoor", a.k.a. "Scotish",

[31] Aldo Ymeraj, a.k.a. "Niii.in", a.k.a. "Kubanezi", a.k.a. "Yankeeman",

[32] John Doe #4, a.k.a. "Best4Best", a.k.a. "Wazo", a.k.a. "Modmod", a.k.a. "Alone1", a.k.a. "Shadow", a.k.a. "Banderas", a.k.a. "Banadoura",

[33] Liridon Musliu, a.k.a. "Ccstore", a.k.a. "Bowl", a.k.a. "Hulk",

[34] John Doe #5, a.k.a. "Deputat", a.k.a. "Zo0mer",

[35] Mena Mouries Abd El-Malak, a.k.a. "Mina Morris", a.k.a. "Source", a.k.a. "Mena2341", a.k.a. "MenaSex",

[36] John Doe #6, a.k.a. "Goldenshop", a.k.a. "Malov",

                    Defendants.

    Daniel D. Hollingsworth files this Notice of Withdrawal as the forfeiture attorney of record for the United States of America in this case.

    Dated: March 15, 2021.

                                                   Respectfully submitted,

                                                 CHRISTOPHER CHIOU
                                                 Acting United States Attorney

                                               /s/ Daniel D. Hollingsworth
                                               DANIEL D. HOLLINGSWORTH
                                               Assistant United States Attorney

               IT IS SO ORDERED.

               _____
               Cam Ferenbach
               United States Magistrate Judge


               Dated:   4-14-2021