**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:17-cr-00306-JAD-MDC-2 |
| Plaintiff | **Order Denying Motion for** |
| v. | **Return of Property** |
| Sergey Medvedev, | ECF No. 1167 |
| Defendant | |

Sergey Medvedev was convicted of racketeering conspiracy based on a 2020 plea agreement. Medvedev has filed a pro se motion asking this court to direct the Department of Homeland Security to return non-forfeited property seized from him on February 2, 2018, in Bangkok Thailand, including personal-identification documents and electronic devices.[1] The government has responded to that motion, representing that it does not have possession of those items because "the items listed in Medvedev's motion never left the custody of the Thai Royal Police," which "declined to transfer custody of the physical property."[2] Because the government cannot be directed to return property that it does not have possession of, IT IS ORDERED that Medvedev's motion **[ECF No. 1176] is DENIED.**

_____
U.S. District Judge Jennifer A. Dorsey
February 6, 2026

---

[1] ECF No. 1167.

[2] ECF No. 1176 at 2.